United States Courts
Southern District of Texas
**F I L E D**

NOV 1 2 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF NEVADA, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL MARKETS LIVE, INC., a corporation, also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy, <br><br> IM MASTERY ACADEMY LTD., f/k/a International Markets Live Ltd., a United Kingdom company, <br><br> ASSIDUOUS, INC., a corporation, <br><br> GLOBAL DYNASTY NETWORK, LLC., a limited liability company, <br><br> CHRISTOPHER TERRY, individually and as an owner and officer of INTERNATIONAL MARKETS LIVE, INC., <br><br> ISIS TERRY, fka ISIS DE LA TORRE, individually and as an owner and officer of INTERNATIONAL MARKETS LIVE, INC., IM MASTERY ACADEMY LTD., and ASSIDUOUS, INC., <br><br> JASON BROWN, individually and as an officer of INTERNATIONAL MARKETS LIVE, INC. and as a member of GLOBAL DYNASTY NETWORK, LLC, <br><br> ALEX MORTON, individually and as an officer of INTERNATIONAL MARKETS LIVE, INC., <br><br> MATTHEW ROSA, individually and as a member of GLOBAL DYNASTY NETWORK, LLC; and <br><br> BRANDON BOYD, <br><br>        Defendants. | Misc. Case No. <br><br> **NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754** <br><br> United States District Court <br> District of Nevada <br> Case No. 2:25-cv-00760-CDS-NJK |

NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754

United States District Court
District of Nevada
Case No. 2:25-cv-00760-CDS-NJK

On May 1, 2025, the Federal Trade Commission and State of Nevada filed a Complaint for Permanent Injunction, Monetary Judgment, and Other Relief in the United States District Court for the District of Nevada, Case No. 2:25-cv-00760-CDS-NJK. Attached hereto as Exhibit A is a true and correct copy of the Complaint. Court-appointed receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on November 7, 2025, the Court entered an Order Granting Emergency Motion to Modify the Preliminary Injunction, and Order Entering Third Modified Preliminary Injunction ("PI"), appointing Mr. McNamara as Receiver over the Receivership Entities (PI, Section XII, p. 19). A true and correct copy of the PI is attached hereto as Exhibit B.

Respectfully submitted this 10th day of November, 2025.

MCNAMARA SMITH LLP

By: *Logan D. Smith*
Logan D. Smith (Cal. Bar No. 212041)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Tel.: 619-269-0400
lsmith@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*

1